# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RON SANDRIANA,

    Plaintiff,

vs.

OCWEN LOAN SERVICING, LLC, *et al.*,

    Defendants.

Case No. 2:17-cv-00194-GMN-GWF

**ORDER**

This matter is before the Court on the parties' proposed Stipulated Protective Order (ECF No. 15), filed on April 26, 2017. The proposed protective order states that the party objecting to a confidential designation has the burden of seeking appropriate relief from the Court. ECF No. 15, pg. 4. However, the proposed protective order is unclear whether the party, who asserts that particular information should be treated as confidential under the protective order, has the burden of proof to establish that the information or document is entitled to such protection. The parties are directed to submit a revised protective order with that clarification. Accordingly,

**IT IS HEREBY ORDERED** that the proposed Stipulated Protective Order (ECF No. 15) is **denied**, without prejudice.

DATED this 27th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge